```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 01730
    ERSKINE CUNNINGHAM
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-5645


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/15/2004 and was confirmed 03/03/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   35.04%.

     The case was paid in full 05/07/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                               PAID          PAID
--------------------------------------------------------------------------------
CITIMORTGAGE INC           CURRENT MORTG         .00              .00           .00
FORD MOTOR CREDIT          SECURED          13979.46          1574.21      13979.46
*SCHOTTLER & ZUKOSKY       PRIORITY         NOT FILED             .00           .00
AMERICAN EXPRESS TRAVEL    UNSECURED OTH     227.07               .00         79.40
CAPITAL ONE BANK           UNSECURED        6422.95               .00       2250.79
RESURGENT CAPITAL SERVIC   UNSECURED OTH    1703.88               .00        597.24
CITIBANK NA                UNSECURED        NOT FILED             .00           .00
CITIBANK NA                UNSECURED        2825.75               .00        990.23
CITI FINANCIAL~            UNSECURED        NOT FILED             .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED        3294.06               .00       1154.34
MARATHON OIL               UNSECURED OTH     155.71               .00         54.45
ECAST SETTLEMENT CORP      UNSECURED       19540.59               .00       6847.61
PHILLIPS 66 COMPANY        UNSECURED        NOT FILED             .00           .00
SEARS ROEBUCK & CO         UNSECURED        NOT FILED             .00           .00
CITIMORTGAGE INC           MORTGAGE ARRE    1259.01               .00       1259.01
RESURGENT ACQUISITION LL   UNSECURED        1979.02               .00        693.51
FORD MOTOR CREDIT          FILED LATE         23.21               .00           .00
*SCHOTTLER & ZUKOSKY       DEBTOR ATTY      2,000.00                         2,000.00
TOM VAUGHN                 TRUSTEE                                           1,946.39
DEBTOR REFUND              REFUND                                                 .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             33,426.64

PRIORITY                                       .00
SECURED                                  15,238.47
    INTEREST                              1,574.21
UNSECURED                                12,667.57
ADMINISTRATIVE                            2,000.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 01730 ERSKINE CUNNINGHAM
```

```
TRUSTEE COMPENSATION                                           1,946.39
DEBTOR REFUND                                                      .00
                                   ----------------     ----------------
TOTALS                                   33,426.64            33,426.64
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
   Dated: 08/27/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```